952

Appeal No. 75-158. Aram K. Berberian *v*. Ronald R. Lagueux *et al*. Case is assigned to the calendar for December 13, 1976, 9:30 a.m. for oral argument. The plaintiff will be expected to show cause why his appeal should not be summarily disposed of because his appeal was filed previous to the entry of the judgment, *Pawtucket* v. *Council #70, AFL-CIO, Local 1012*, 115 R.I. 914, 344 A.2d 374 (1975), and because of the rule that judges are immune from civil liability for their judicial acts, *Pierson* v. *Ray*, 386 U.S. 547 (1967), *Sullivan* v. *Kelleher*, 405 F.2d 486 (1st Cir. 1968). *Aram K. Berberian*, plaintiff, pro se. *Julius C. Michaelson*, Attorney General, *Gregory L. Benik*, Special Asst. Attorney General, for defendant.

Appeal No. 75-192. Diane Giacomini *v*. Dr. Joseph Bevilacqua *et al*. Case is assigned to the calendar for December 13, 1976, 9:30 a.m. for oral argument. The defendants will be expected to show cause why the appeal should not be summarily disposed of because of this Court's opinion in *Naughton* v. *Goodman*, 117 R.I. 113, 363 A.2d 1345 (1976). *Oster, Espo, Fay & Groff, Irving N. Espo*, for plaintiff. *Julius C. Michaelson*, Attorney General, *Richard B. Woolley*, Special Asst. Attorney General, for Dr. Joseph Bevilacqua. *Peter Palombo, Jr.*, City Solicitor, for defendants.

December 6, 1976.

Appeal No. 76-413. Lamba Tepic Investment Corp. *v*. Catherine K. Rowell. Motion of plaintiff to remand this case to the Superior Court is granted. See *Devereaux* v. *McGarry's, Inc.*, 107 R.I. 325, 266 A.2d 908 (1970). *James J. McGair*, for plaintiff. *John M. Mola, Alden C. Harrington, Rhode Island Legal Services, Inc.*, for defendant.